# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157867

JAMES E. SCOTT, STUART SCOTT, JOHN
SCOTT, WILLIAM SCOTT, MARY
KATHERINE LAMB, ANNE SCOTT, and
MARY B. SCOTT,
        Petitioners-Appellants,

v

CITY OF SOUTH HAVEN,
        Respondent-Appellee.

SC: 157867
COA: 339007
MTT: 15-003121-TT

_____/

On order of the Court, the application for leave to appeal the April 19, 2018 judgment the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019

Clerk

p0109